# *United States District Court*

***District of Minnesota***

The Trustees of the Minnesota Ceramic Tile and Allied Trades Retirement Fund; The Trustees of the Minnesota Ceramic Tile and Allied Trades Promotion Trust Fund; the Trustees of the Twin City Bricklayers Health and Welfare Fund; the Trustees of the Twin City Bricklayers Vacation Fund and the Trustees of the Minnesota Bricklayers Apprenticeship Fund

Plaintiff(s)

vs. Civil Case No. 01-2294 RHK/JMM

Tile & Carpet Specialist, Inc.a Minnesota Corporation and Cheryl Oleson

Defendant(s)

## CLERK'S ENTRY OF DEFAULT

It appearing that_Tile & Carpet Specialist, Inc. and _Cheryl Oleson, defendant(s), is in default for failure to plead or otherwise defend in this action, as required by law, now, therefore, on application of plaintiff,

**Default is hereby entered against**_Tile & Carpet Specialist, Inc. and _Cheryl Oleson

this _14th_ day of January, 2002 ,

Richard E. Sletten
Clerk of Court

Victoria Moralez

By: Victoria Moralez
Deputy Clerk

5