**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

The Trustees of the Minnesota Ceramic Tile and Allied Trades Retirement Fund; the Trustees of the Minnesota Ceramic Tile and Allied Trades Promotion Trust Fund; the Trustees of the Twin City Bricklayers Health and Welfare Fund; the Trustees of the Twin City Bricklayers Vacation Fund; and the Trustees of the Minnesota Bricklayers Apprenticeship Fund,

Plaintiffs,

v.

Civil No. 01-2294 (RHK/JMM)
**ORDER**

Tile & Carpet Specialists, Inc., a Minnesota corporation; and Cheryl Oleson,

Defendants.

---

The Court has been informed that the parties have reached a settlement of the above-captioned matter. Accordingly, the hearing on the Plaintiffs' Motion for the Entry of a Default Judgment, scheduled for Friday, June 7, 2002, at 8:00 a.m. is hereby **CANCELLED**. Plaintiffs' counsel is hereby directed forthwith to inform the Defendants and/or their counsel (if any) that the hearing before the undersigned has been cancelled.

Furthermore, having been advised that the parties have reached a settlement, **IT IS ORDERED** that the Complaint in the above-captioned matter is hereby **DISMISSED WITH PREJUDICE.**



JUN 0 5 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD JUN 0 6 2002
DEPUTY CLERK

The Court expressly retains jurisdiction over this matter for fifty (50) days from the date of this Order.

**LET JUDGMENT BE ENTERED ACCORDINGLY**

Dated: June 6, 2002

RICHARD H. KYLE
United States District Judge